THOMAS H. RILEY, as Administrator, etc., of THOMAS H. RILEY, JR., Deceased, Respondent, v. MARIE WEISEL and Another, Appellants.— Motion to dismiss granted unless appellants file case by Friday of this week [March 4, 1927] and case is ready for argument at this term. Order entered. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THOMAS H. RILEY, as Administrator, etc., of THOMAS H. RILEY, JR., Deceased, Respondent, v. MARIE WEISEL and Another, Appellants.— Order modified permitting attorneys to submit printed case and briefs within fifteen days from this day [March 11, 1927], on condition that case is stipulated within five days; it will

then be deemed submitted as of this term of court. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.